# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**20**

**CA 11-01815**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, LINDLEY, AND GORSKI, JJ.

---

WILLIAM E. DECKER, PLAINTIFF-RESPONDENT,

                V                             MEMORANDUM AND ORDER

PATRICIA A. DECKER, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

CAROL A. CONDON, BUFFALO, FOR DEFENDANT-APPELLANT.

PALMER, MURPHY & TRIPI, BUFFALO (THOMAS A. PALMER OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

     Appeal from an order of the Supreme Court, Erie County (Janice M. Rosa, J.), entered November 26, 2010 in a divorce action. The order, among other things, directed plaintiff to contribute the sum of $2,000 towards defendant's outstanding legal bills.

     It is hereby ORDERED that said appeal is unanimously dismissed without costs.

     Same Memorandum as in *Decker v Decker* ([appeal No. 2] ___ AD3d ___ [Jan. 31, 2012]).

Entered: January 31, 2012                Frances E. Cafarell
                                         Clerk of the Court